# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KEVIN A. MCWHORTER,<br><br>　　　　　Petitioner,<br><br>v.<br><br>F. GONZALES, et al.,<br><br>　　　　　Respondent. | No. CV 10-8220-VAP (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

　　　IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: March 8 2011

　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE