# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KEVIN A. MCWHORTER,<br><br>      Petitioner,<br><br>v.<br><br>F. GONZALES, et. al.,<br><br>      Respondent. | No. CV 10-8220-VAP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: March 8 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE